IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:19CR13 |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | RESTITUTION STIPULATIONS |
| RACHELLETTE MCKISSACK, | ) | |
| Defendant. | ) | |

Now comes the Defendant Rachellette McKissack, by and through the undersigned counsel, and the United States of America, by its counsel, Justin E. Herdman, United States Attorney, through Suzana K. Koch, Assistant United States Attorney, and agree as follows for the imposition of restitution.

Restitution orders are authorized by statute, 18 U.S.C. §§ 3663, 3663A, and 3664, and are distinct and separate from the United States Sentencing Guidelines. When a Defendant is convicted of a criminal offense, including 18 U.S.C. § 1951(a) and 18 U.S.C. § 924(c)(1)(A)(ii), Title 18 allows the court to order restitution to be paid to the victim as an independent part of the sentence in any criminal case. In this criminal matter, Defendant agrees to pay restitution to the Cleveland Consignment Shoppe in the amount of $30,078.44.

Agreed and submitted by,

| | | | |
|---|---|---|---|
| | JUSTIN E. HERDMAN<br>United States Attorney | | STEPHEN C. NEWMAN<br>Federal Public Defender |
| By: | /s/ Suzana K. Koch<br>Suzana K. Koch (OH: 0073743)<br>Assistant United States Attorney<br>801 West Superior Avenue, Suite 400<br>Cleveland, Ohio 44113<br>(216) 622-3748<br>Suzana.Koch@usdoj.gov | By: | /s/ Darin Thompson<br>Darin Thompson (OH: 0067093)<br>Assistant Federal Public Defender<br>1660 West Second Street, #750<br>Cleveland, Ohio 44113<br>(216) 522-4856<br>Darin_Thompson@fd.org<br>*Counsel for Defendant* |

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June 2019, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Suzana K. Koch
Suzana K. Koch
Assistant U.S. Attorney