UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
YOUNGSTOWN DIVISION
CASE NO: 1:19-CR-00013

FILED
DEC - 2 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

UNITED STATES OF AMERICA,
Respondent

v.

RACHELLETTE McKISSACK,
Petitioner

---

MOTION REQUESTING A COPY OF PLEA AGREEMENT

---

COMES NOW, petitioner, Ms. McKissack, pro se, humbly and respectfully requesting that this Honorable Court move to grant petitioner a copy of her Plea agreement. Petitioner was sentenced in Your Honor's courtroom on August 8, 2019. Petitioner has never received a copy of her plea agreement and request via counsel have been unfruitful.

WHEREFORE, petitioner is prayerful that this court will grant petitioner's request.

Petitioner is currently incarcerated at the Federal Prison Camp, located in Alderson, WV.

Respectfully Submitted,

*Rachellette McKissack*

Rachellette McKissack, pro se

## CERTIFICATE OF SERVICE

This is to certify that I have served a true and correct copy of the following: MOTION REQUESTING A COPY OF PLEA AGREEMENT

upon the following address, bearing sufficient postage via the United States Mailing service on the grounds of the institution:

> United States District Court
> 125 Market Street - RM 337
> Youngstown, Ohio 44503

which was hand delivered on the grounds of the Federal Prison Camp, located in Alderson, West Virginia on this 27th day of November, 2019.


SO SERVED: *Rochellette McKissack*
Rochellette McKissack


Litigation is deemed **FILED** at the time it was delivered to prison authorities. **HOUSTON v. LACK**, 101 L. Ed 2D 245 (1988).

2.